AO 442 (Rev. 11-11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

United States of America
v.

Daniel M. Arnott

*Defendant*

Case No. 3:18MJ00089 (DJN)

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Daniel M. Arnott

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☒ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Petition on Probation attached

Date: 01/15/2019

*Issuing officer's signature*

City and state: Richmond, Virginia

Cheryl N. Garner, Deputy Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ |
| Date: _____  Arresting officer's signature _____ |
| Printed name and title |